SEIBERT & BAUTISTA
SHANNON SEIBERT (State Bar No. 240317)
JOE BAUTISTA (State Bar No. 255708)
NINA MONTOYA (State Bar No. 237419)
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107

Attorneys for Plaintiff RAYMOND GUTHREY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GUTHREY,<br><br>           Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive,<br><br>           Defendants. | **1:10-cv-02177-OWW-GSA**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO DISMISS**<br><br>Date:        March 21, 2011<br>Time:        10:00 a.m.<br>Courtroom:  3<br>Judge:      Hon. Oliver J. Wanger<br><br>Action Filed: November 19, 2010<br>Trial Date: None |

IT IS HEREBY AGREED AND STIPULATED between Raymond Guthrey, by and through his attorney Shannon M. Seibert of SEIBERT & BAUTISTA, and California Department of Corrections and Rehabilitation and Michael Pate, Jr., by and through their attorney, ATTORNEY GENERAL OF CALIFORNIA as follows:

1.  The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint is currently set for March 7, 2011 at 10:00 a.m. before the Honorable Oliver J. Wanger.

2.  It is hereby stipulated between these parties that the hearing shall be continued to March 21, 2011 or as soon thereafter as the Court's calendar allows.

1

STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO DISMISS

3.   The parties request that the Court enter an order approving this Stipulation.

DATED: February 28, 2011                               SEIBERT & BAUTISTA


BY:    /s/ Shannon Seibert
       Shannon Seibert
       Attorneys for Plaintiff

DATED: February 28, 2011                               KAMALA HARRIS
                                                       Attorney General of California
                                                       BARBARA J. SEIDMAN
                                                       Supervising Deputy Attorney General


BY:    /s/ Jeffrey I. Schwarzschild
       JEFFREY I. SCHWARZSCHILD
       Deputy Attorney General
       *Attorneys for Defendants*

                              ORDER

The Court having considered the parties' Stipulation to Continue Hearing re Motion to

Dismiss Plaintiff's Complaint agrees to continue the hearing date to March 21, 2011.

STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO DISMISS

IT IS SO ORDERED.

Dated: __**February 28, 2011**__          _____**/s/ Oliver W. Wanger**_____
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO DISMISS