KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
BARBARA J. SEIDMAN, State Bar No. 137638
Supervising Deputy Attorney General
JEFFREY I. SCHWARZSCHILD
Deputy Attorney General
State Bar No. 192086
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8630
 Fax: (916) 324-5567
 E-mail: Jeffrey.Schwarzschild@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RAYMOND GUTHREY,**<br><br>                           Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive,**<br><br>                           Defendants. | Case No. 1:10-cv-02177-OWW-GSA<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         March 28, 2011<br>Time:         10:00 a.m.<br>Courtroom: 3<br>Judge:        The Honorable Oliver W. Wanger<br>Trial Date:  Not Set<br>Action Filed: November 19, 2010 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants California Department of Corrections and Rehabilitation (CDCR or the Department) and Michael Pate, Jr.'s Motion to Dismiss came before this Court for hearing on March 28, 2011. Shannon Seibert appeared as attorney for Plaintiff Raymond Guthrey, and Jeffrey I. Schwarzschild appeared on behalf of Defendants CDCR and Pate.

After considering the moving, opposition, and reply papers, arguments of counsel, and all other matters presented, and for the reasons set forth in the attached March 29, 2011

1

PDF created with pdfFactory trial version www.pdffactory.com

Memorandum Decision Regarding Motion to Dismiss (Doc. 8), IT IS HEREBY ORDERED THAT the Motion to Dismiss is GRANTED in part and DENIED in part as follows:

    1) Plaintiff's first, second, third, and fifth causes of action are DISMISSED, without prejudice;

    2) Plaintiff's sixth, seventh, and eighth causes of action are DISMISSED WITH PREJUDICE;

    3) Defendant CDCR is DISMISSED WITH PREJUDICE from Plaintiff's fourth cause of action; and,

    4) Plaintiff shall submit an amended complaint within 20 days of March 29, 2011; Defendants shall file a responsive pleading within 30 days of service of any amended complaint.

    IT IS SO ORDERED.

DATED: April 12, 2011            /s/ OLIVER W. WANGER
                                                             United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com