UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GUTHREY,<br><br>        Plaintiff,<br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive,<br><br>        Defendants. | 1:10-cv-02177-AWI-BAM<br><br>**ORDER CONTINUING EARLY SETTLEMENT CONFERENCE** |

      Having considered the parties' Stipulation to Continue Early Settlement Conference, the Court hereby ORDERS that the Early Settlement Conference, previously scheduled for November 16, 2011, is continued to January 18, 2012, at 10:00 a.m., in Courtroom 8 of the United States District Court for the Eastern District of California - Fresno Division, before the Honorable Barbara A. McAuliffe.

      IT IS SO ORDERED.

      Dated:   October 24, 2011                  /s/ Barbara A. McAuliffe

                                                    UNITED STATES MAGISTRATE JUDGE