Shannon Seibert (State Bar No. 240317)
Joe Bautista (State Bar No. 255708)
SEIBERT & BAUTISTA
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107
*Attorneys for Plaintiff*

KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
MICHAEL D. GOWE
Deputy Attorney General
State Bar No. 226989
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2201
 Fax:  (510) 622-2121
 E-mail:  Michael.Gowe@doj.ca.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GUTHREY, <br><br> Plaintiff, <br> vs. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive, <br><br> Defendants. | **1:10-cv-02177-AWI-BAM** <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL AND TRIAL DEADLINES** |

IT IS HEREBY STIPULATED between Raymond Guthrey, by and through his attorney, Shannon Seibert, and California Department of Corrections and Rehabilitation and Michael Pate, Jr., by and through their attorney, Michael Gowe, Deputy Attorney General, that GOOD CAUSE exists and the parties request that the Court continue the pretrial and trial deadlines based on the following:

1. The complaint in this matter filed on November 19, 2010 and the case was assigned to Hon. Oliver W. Wanger. The pre-trial and trial deadlines were established in Hon. Wanger's Scheduling Order filed on May 20, 2011.

2. Counsel for the parties exchanged initial disclosures on June 2, 2011 and served discovery requests in June and August 2011. Plaintiff's deposition was taken on September 20, 2011. Defendant Pate's deposition was scheduled to take place in October 2011 following Plaintiff's receipt of Defendants' discovery responses.

3. On September 27, 2011, defense counsel assigned to this matter, Deputy Attorney General Jeffrey Schwarzschild, left the employment of the Attorney General's office, and the matter was transferred to Deputy Attorney General Michael Gowe.

4. Defendants had not served their discovery responses before Mr. Schwarzschild's departure. The parties agreed to extend the time for Defendants' discovery responses to allow defense counsel to become familiar with the facts of the case.

5. Each of the parties has now responded to the initial round of discovery requests of the other, though matters remain in dispute regarding Plaintiff's requests and Defendants' responses. The parties have engaged in lengthy meet and confer efforts and are working together toward resolution of the disputed matters. The parties have agreed upon the entry of a protective order, which the parties will submit for the Court's approval by January 27, 2012, to protect sensitive information that is responsive to Plaintiff's disputed requests. The parties will schedule the depositions of Defendant Pate and other witnesses upon resolution of the disputed matters and expect that all depositions will be completed by May 2012.

6. An Early Settlement Conference that was scheduled for January 18, 2012 has been continued at the request of the parties. Counsel for the parties remain in agreement that a settlement conference will be beneficial to the parties but believe that it will be more productive after the deposition of Defendant Pate and the receipt by Plaintiff of additional discovery responses.

Based on the foregoing, the parties respectfully request that this Court continue the pretrial and trial deadlines in the following manner:

1. **Non-Expert Discovery Cutoff**
    a. Current: January 31, 2012
    b. Proposed: July 31, 2012
2. **Expert Disclosures**
    a. Current: February 29, 2012
    b. Proposed: August 31, 2012
3. **Rebuttal Expert Disclosures**
    a. Current: March 30, 2012
    b. Proposed: October 1, 2012
4. **Discovery Cutoff**
    a. Current: April 29, 2012
    b. Proposed: October 31, 2012
5. **Non-Dispositive Motion Filing**
    a. Current: May 15, 2012
    b. Proposed: November 15, 2012
6. **Non-Dispositive Motion Hearing**
    a. Current: June 15, 2012
    b. Proposed: December 14, 2012 at 9:30 a.m. before Judge McAuliffe
7. **Dispositive Motion Filing**
    a. Current: May 30, 2012
    b. Proposed: November 30, 2012
8. **Dispositive Motion Hearing**
    a. Current: July 2, 2012
    b. Proposed: January 15, 2013 at 1:30 p.m. before Judge Ishii
9. **Early Settlement Conference**
    a. Current: November 16, 2011
    b. Proposed: August 28, 2012 at 9:30 a.m. before Judge McAuliffe

**10.** **Later Settlement Conference**

    a.    Current:    July 19, 2012

    b.    Proposed:    March 20, 2013 at 9:30 a.m. before Judge McAuliffe

**11.** **Pre-Trial Conference**

    a.    Current:    August 6, 2012

    b.    Proposed:    April 18, 2013 at 8:30 a.m. before Judge Ishii

**12.** **Jury Trial**

    a.    Current:    September 18, 2012

    b.    Proposed:    June 17, 2013 at 8:30 a.m. before Judge Ishii

Respectfully submitted,

DATED: January 19, 2012    SEIBERT & BAUTISTA

BY:   /s/ *Shannon Seibert*
Shannon Seibert
*Attorneys for Plaintiff*

DATED: January 19, 2012    KAMALA HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General

BY:   /s/ *Michael Gowe*
MICHAEL GOWE
Deputy Attorney General
*Attorneys for Defendants*

////
////
////
////
////
////
////
////

**ORDER**

The Court having considered the parties' Stipulation to Continue Pretrial and Trial Deadlines finds that good cause exists to continue the pretrial and trial deadlines to the following dates:

| | | |
|---|---|---|
| 1. | **Non-Expert Discovery Cutoff:** | July 31, 2012 |
| 2. | **Expert Disclosures:** | August 31, 2012 |
| 3. | **Rebuttal Expert Disclosures:** | October 1, 2012 |
| 4. | **Discovery Cutoff:** | October 31, 2012 |
| 5. | **Non-Dispositive Motion Filing:** | November 15, 2012 |
| 6. | **Non-Dispositive Motion Hearing:** | December 14, 2012 at 9:30 a.m. before Judge McAuliffe |
| 7. | **Dispositive Motion Filing:** | November 30, 2012 |
| 8. | **Early Settlement Conference:** | August 28, 2012 at 9:30 a.m. before Judge McAuliffe |
| 9. | **Later Settlement Conference:** | March 20, 2013 at 9:30 a.m. before Judge McAuliffe |
| 10. | **Pre-Trial Conference:** | April 18, 2013 at 8:30 a.m. before Judge Ishii |
| 11. | **Jury Trial:** | June 17, 2013 at 8:30 a.m. before Judge Ishii |

IT IS SO ORDERED.

Dated:   **January 19, 2012**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE