Shannon Seibert (State Bar No. 240317)
Joe Bautista (State Bar No. 255708)
SEIBERT & BAUTISTA
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile: 888.874.8107
*Attorneys for Plaintiff*

KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
MICHAEL D. GOWE
Deputy Attorney General
State Bar No. 226989
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2201
 Fax:  (510) 622-2121
 E-mail:  Michael.Gowe@doj.ca.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GUTHREY,<br><br>         Plaintiff,<br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive,<br><br>         Defendants. | **1:10-cv-02177-AWI-BAM**<br><br>**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST CALIFORNIA DEPARTMENT OF CORRECTIONS AND MICHAEL PATE, JR.** |

Plaintiff Raymond Guthrey ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation and Michael Pate, Jr. ("Defendants") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff Raymond Guthrey has reached a tentative agreement with Defendants to resolve all claims against the Defendants.
2. The parties are in the process of finalizing and obtaining signatures on a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.
3. **Accordingly, the parties stipulate and request that the Court delay consideration of Defendant's Request for Reconsideration by the District Court of Magistrate Judge's Ruling and grant an extension of time until August 31, 2012 for Plaintiff to file his opposition to that request.**

DATED: August 24, 2012                              SEIBERT & BAUTISTA

                                                    BY:   /s/ Shannon Seibert
                                                    Shannon Seibert
                                                    *Attorneys for Plaintiff*

DATED: August 24, 2012                              KAMALA HARRIS
                                                    Attorney General of California
                                                    FIEL D. TIGNO
                                                    Supervising Deputy Attorney General

                                                    BY:   /s/ Michael Gowe
                                                    MICHAEL GOWE
                                                    Deputy Attorney General
                                                    *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated:  August 28, 2012                             _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2
_____
JOINT NOTICE OF SETTLEMENT OF CLAIMS  (1:10-cv-02177-AWI-BAM)