Shannon Seibert (State Bar No. 240317)
Joe Bautista (State Bar No. 255708)
SEIBERT & BAUTISTA
18711 Tiffeni Drive #17-129
Twain Harte, California 95383
Telephone: 209.586.2890
Facsimile:  888.874.8107
*Attorneys for Plaintiff*

KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
MICHAEL D. GOWE
Deputy Attorney General
State Bar No. 226989
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2201
  Fax:  (510) 622-2121
  E-mail:  Michael.Gowe@doj.ca.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GUTHREY,<br><br>                 Plaintiff,<br><br>        vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **1:10-cv-02177-AWI-BAM**<br><br>**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST CALIFORNIA DEPARTMENT OF CORRECTIONS AND MICHAEL PATE, JR.** |

1

Plaintiff Raymond Guthrey ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation and Michael Pate, Jr. ("Defendants") respectfully submit this Notice of Settlement, and inform the Court as follows:

1.     Plaintiff Raymond Guthrey has reached a tentative agreement with Defendants to resolve all claims against the Defendants.

2.     The parties are in the process of finalizing and obtaining signatures on a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3.     **Accordingly, the parties stipulate and request that the Court delay consideration of Defendant's Request for Reconsideration by the District Court of Magistrate Judge's Ruling and grant an extension of time until August 31, 2012 for Plaintiff to file his opposition to that request.**

DATED: August 24, 2012                    SEIBERT & BAUTISTA

BY:   /s/ Shannon Seibert
Shannon Seibert
*Attorneys for Plaintiff*

DATED: August 24, 2012                    KAMALA HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General

BY:   /s/ Michael Gowe
MICHAEL GOWE
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated:   August 28, 2012          _____
CHIEF UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT OF CLAIMS  (1:10-cv-02177-AWI-BAM)