UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GUTHREY,<br><br>            Plaintiff,<br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MICHAEL PATE, JR., and DOES 1 THROUGH 25, Inclusive,<br><br>            Defendants. | **1:10-cv-02177-AWI-BAM**<br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

The Court having considered the parties' Stipulation of Dismissal with Prejudice, which was made pursuant to Rule 41(a)(1), hereby dismisses Plaintiff's complaint against all parties WITH PREJUDICE.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   September 27, 2012            _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE

1
_____

[PROPOSED] ORDER